In the Matter of the Accounting of ANNIE L. ALTZ, as Executrix of FRANK ALTZ, Deceased, Respondent. ARNOLD KRIMONT, Appellant.

Submitted November 30, 1949; decided December 29, 1949.

*Murray A. Harris* and *M. Cimbalo* for appellant.

*Robert E. Dempsey* and *Bartholomew A. Moynahan* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.